United States District Court

Eastern District of California

| | |
|---|---|
| Michael Huftile,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Val G. Farmer,<br><br>　　　　Defendant. | No. Civ. S 03-0585 DFL PAN P<br><br>Order Directing Service by the United States Marshal Without Prepayment of Costs |

-oOo-

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the amended complaint for service, and a notice of compliance.  Plaintiff has filed the required papers.

　　1.  The Clerk of the Court is directed to forward the instructions for service of process, the completed summons, and copies of the amended complaint and of this order to the United States Marshal;

1        2.  Within ten days the United States Marshal shall notify
2   defendant Farmer of the commencement of this action and request
3   waiver of service of summons in accordance with the provisions of
4   Fed. R. Civ. P. 4(d).
5        3.  The United States Marshal shall retain the original
6   summons and a copy of the amended complaint in his file.
7        4.  The United States Marshal shall file written waivers of
8   service of summons and any requests for waiver of service that
9   are returned undelivered as soon as they are received.
10       5.  If a requested waiver of service of summons is not
11  returned by a defendant within 60 days from the day the request
12  was mailed, the United States Marshal shall:
13       a.  Serve process and a copy of this order upon the
14  defendant pursuant to Rule 4 of the Federal Rules of Civil
15  Procedure and 28 U.S.C. § 566(c) and shall command all necessary
16  assistance from the California Department of Corrections to
17  execute this order.  The United States Marshal shall maintain the
18  privacy of all information provided in confidence by the
19  Department pursuant to this order.
20       b.  Within ten days after service is made, file the return
21  of service for the defendant with evidence of any attempts to
22  secure a waiver of service of summons and of the costs
23  subsequently incurred in effecting service on said defendant.
24  Said costs shall be itemized on form USM-285 and shall include
25  costs incurred by the Marshal for photocopying the summons and
26  the amended complaint and preparing any new forms USM-285.  Costs

1 of service will be taxed against the defendant in accordance with
2 Fed. R. Civ. P. 4(d)(2).
3     6.  Defendants shall reply to the amended complaint within
4 the time provided by Fed. R. Civ. P. 12(a).
5     7.  Unless otherwise ordered, all motions to dismiss,
6 motions for summary judgment, motions concerning discovery,
7 motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of
8 the Federal Rules of Civil Procedure, and motions pursuant to
9 Local Rule 11-110 shall be briefed pursuant to Local Rule
10 78-230(m).  Failure timely to oppose a motion may be deemed
11 consent to the relief requested in the motion.  Opposition to all
12 other motions need be filed only as specifically directed by the
13 court.
14     8.  If plaintiff is released from prison during the pendency
15 of this action, any party may request application of other
16 provisions of Local Rule 78-230 but Local Rule 78-230(m) shall
17 apply until such a request is made and granted.  See Local Rule
18 1-102(d).
19     9.  Pursuant to Wyatt v. Terhune, 315 F.3d 1108, 1119-20 &
20 n. 14 (9th Cir. 2003), plaintiff is advised of the following
21 requirements for opposing a motion to dismiss for failure to
22 exhaust administrative remedies made by a defendant.  Such a
23 motion is a request for dismissal of unexhausted claims without
24 prejudice.  The defendant may submit evidence including
25 declarations under penalty of perjury and duly authenticated
26 documents to support the request.  If plaintiff contends he did

1 exhaust administrative remedies available to him, plaintiff may
2 oppose defendant's motion and submit evidence, including his own
3 or others' competent declarations under penalty of perjury and
4 duly authenticated documents.  If plaintiff does not serve and
5 file a written opposition to the motion, the court may consider
6 the failure as plaintiff's consent that the motion should be
7 granted.  If the defendant's motion to dismiss is granted
8 plaintiff's unexhausted claims will be dismissed without
9 prejudice.
10     10.  Pursuant to Rand v. Rowland, 154 F.3d 952, 957 (9th
11 Cir. 1998) (en banc), cert. denied, 527 U.S. 1035 (1999), and
12 Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988), plaintiff
13 is advised of the following requirements for opposing a motion
14 for summary judgment made by a defendant pursuant to Rule 56 of
15 the Federal Rules of Civil Procedure.  Such a motion is a request
16 for an order for judgment in favor of the defendant without
17 trial.  A defendant's motion for summary judgment will set forth
18 the facts affecting plaintiff's right to relief under the
19 applicable law that defendant contends are not reasonably subject
20 to dispute.  To oppose a motion for summary judgment, plaintiff
21 must present evidence in support of his  claims.  To do this,
22 plaintiff may call the court's attention to statements within
23 plaintiff's knowledge made under the penalty of perjury in the
24 complaint, or submit his own or others' competent declarations
25 under penalty of perjury, duly authenticated documents, the
26 transcript of a deposition, answers to interrogatories, or

admissions obtained in this proceeding.  If there is some good reason why such evidence is not available to plaintiff when required to oppose a motion for summary judgment, the court will consider a request to postpone considering the defendant's motion.

    11.  Unsigned affidavits or declarations will be stricken.

    12.  Each party shall promptly advise the court if they change their address by serving and filing a document entitled "Notice of Change of Address."  Failure to inform the court of a change of address may result in the imposition of sanctions including dismissal of the action.

    13.  The Clerk of the Court shall serve upon plaintiff a copy of the Local Rules of Court.

    14.  The failure of any party to comply with this order, the Federal Rules of Civil Procedure, or the Local Rules of Court may result in the imposition of sanctions including, but not limited to, dismissal of the action or entry of default.  Fed. R. Civ. P. 11; Local Rule 11-110.

    So ordered.

    Dated:  May 26, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge