United States District Court

Eastern District of California

Michael Huftile,

    Plaintiff,                    Civ. No. S 03-0585 DFL PAN P

  vs.                              Order

Val G. Farmer,

    Defendants.

-oOo-

August 10, 2005, plaintiff requested appointment of counsel. His request is denied for reasons explained in the court's May 11, 2005, order.

So ordered.

Dated: August 23, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge