United States District Court

Eastern District of California

Michael Huftile,

       Plaintiff,

vs.

Val G. Farmer,

       Defendant.

No. Civ. S 03-0585 DFL PAN P

Order

-oOo-

September 13, 2005, plaintiff requested an extension of time to oppose defendant's motion to dismiss.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: September 15, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge