United States District Court

Eastern District of California

Michael Huftile,

     Plaintiff,                    No. Civ. S 03-0585 DFL PAN P

  vs.                            Order

Ph.D. Val G. Farmer,

     Defendant.

-oOo-

    July 28, 2005, plaintiff moved for default.  Defendant timely responded to the complaint by filing and serving a motion to dismiss August 19, 2005.  Plaintiff's motion for default is denied.

    So ordered.

    Dated:  October 18, 2005.

                                  /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge