IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Plaintiff,                                No. CIV S-03-0585 DFL PAN P

    vs.

VAL G. FARMER,

    Defendant.                             <u>ORDER</u>

_____/

    On February 5, 2007, plaintiff filed a motion for sanctions and protective order.  This civil rights action was closed on March 17, 2006.  Plaintiff is informed that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.

DATED:  March 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE